UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>C & S CHONG INVESTMENT CORPORATION, a California corporation dba La Quinta Inn Bakersfield North,<br><br>    Defendant. | Case No.: 1:17-cv-01538 - LJO - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Docs. 8, 12) |

       Theresa Brooke asserts C & S Chong Investment Corporation, doing business as La Quinta Inn Bakersfield North, is liable for violations of Title III of the Americans with Disabilities Act and California law by not having an accessible Jacuzzi at its hotel.  (Doc. 1)  Defendant failed to respond to the complaint within the time required by the Federal Rules of Civil Procedure, and the Court entered default on February 1, 2018. (Doc. 6)  Plaintiff requested entry of default judgment, including the award of statutory fees and injunctive relief. (Doc. 8)

       On April 9, 2018, the magistrate judge found the factors set forth by the Ninth Circuit in <u>Eitel v. McCool</u>, 782 F.2d 1470 (9th Cir. 1986) weighed in favor of the entry of default judgment.  (Doc. 12 at 3-8)  Therefore the magistrate judge recommended the request for default judgment be granted and Plaintiff be awarded statutory damages in the amount of $5,000.00.  (<u>Id.</u> at 14)  In addition, the magistrate judge recommended Plaintiff be awarded attorney's fees and costs in the modified amount

of $1,600.00.  (Id.)  Further, the magistrate judge recommended the request for injunctive relief directing Defendant to remove the architectural barriers be granted.  (Id. at 14-15)

Plaintiff was given fourteen days to file any objections to the findings and recommendations.  (Doc. 12 at 15)  In addition, Plaintiff was "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order."  (Id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Wilkerson v. Wheeler, 772 F.3d 834, 834 (9th Cir. 2014)).  To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case.  Having carefully reviewed the file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations dated April 9, 2018 (Doc. 12) are **ADOPTED IN FULL**;
2. Plaintiff's motion for default judgment is **GRANTED**;
3. Plaintiff is **AWARDED** statutory damages in the amount of $**5,000.00**;
4. Plaintiff is **AWARDED** attorney's fees and costs in the modified amount of $**1,600.00**;
5. Defendant **SHALL** install disability access at its hotel Jacuzzi, at the La Quinta Inn Bakersfield North, in accordance with the Americans with Disabilities Act of 1990 (ADA) and the Americans with Disabilities Act Accessibility Guidelines (ADAAG); and
6. The Clerk of Court is DIRECTED to close this action, as this Order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated:   **April 27, 2018**            /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE